UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BEDABOX, LLC d/b/a ShipMonk,<br>    *Plaintiff*, | § § § | |
| vs. | § § | CIVIL ACTION NO. 4:21-cv-4136 |
| DEPEUTER PACKAGING<br>SOLUTIONS, LLC<br>    *Defendant*. | § § § § | |

## NOTICE OF SETTLEMENT

Plaintiff Bedabox, LLC d/b/a ShipMonk ("ShipMonk") and Defendant DePeuter Packaging Solutions, LLC ("DPPS") (collectively, the "Parties") file this Notice of Settlement and would show the Court the following:

1. The Parties wish to hereby notify the Court that they have reached a settlement on the claims in this matter.

2. The Parties represent that the settlement includes all parties and claims and calls for dismissal with prejudice. The Parties shall each bear their own costs.

3. The Parties request the Court enter a sixty (60) day conditional order of dismissal.

4. The Parties shall file with the Court a proposed final order setting the terms of the dismissal within the next sixty (60) days.

1

The Parties pray that the Court enter a conditional order of dismissal, give the parties time to submit a proposed final dismissal order, and for such other and further relief to which they may be justly entitled.

Respectfully submitted,

BRADLEY ARANT BOULT CUMMINGS LLP

*/s/ Justin T. Scott*
Justin T. Scott
jscott@bradley.com
Texas Bar No. 24070578
600 Travis Street, Suite 4800
Houston, Texas 77002
(713) 576-0300 Telephone
(713) 576-0301 Telecopier

**COUNSEL OF RECORD AND ATTORNEY-IN-CHARGE FOR PLAINTIFF BEDABOX, LLC D/B/A SHIPMONK**

*/s/ Tyler McConnell *with permission*
Tyler McConnell, Esq.
tyler@holmespllc.com
Texas Bar No: 24081033
Holmes Law PLLC
3773 Richmond Ave., Suite 555
Houston, Texas 77046
(832) 358-3270 Telephone

**COUNSEL OF RECORD AND ATTORNEY-IN-CHARGE FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the forgoing has been served upon all counsel of record in accordance with the Federal Rules of Civil Procedure this 16th day of March, 2022.

                                        */s/ Justin T. Scott*
                                        Justin T. Scott